IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hoover, James Frederick | Case Number: 05 B 04112 |
|---|---|---|
| | Hoover, Jeanne Louise | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 2/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 9, 2008
Confirmed: March 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 110,459.99 | |
| Secured: | | 85,637.68 |
| Unsecured: | | 16,488.75 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 5,733.56 |
| Other Funds: | | 0.00 |
| Totals: | 110,459.99 | 110,459.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Greater Chicago Finance | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 62,839.96 | 57,924.56 |
| 4. | American General Finance | Secured | 1,061.70 | 1,061.70 |
| 5. | Dell Financial Services, Inc | Secured | 1,061.70 | 1,061.70 |
| 6. | America's Servicing Co | Secured | 6,993.48 | 6,993.48 |
| 7. | General Motors Acceptance Corp | Secured | 18,596.24 | 18,596.24 |
| 8. | Kohl's/Kohl's Dept Stores | Unsecured | 472.48 | 405.96 |
| 9. | Dell Financial Services, Inc | Unsecured | 549.91 | 472.50 |
| 10. | ECast Settlement Corp | Unsecured | 2,784.69 | 2,392.75 |
| 11. | General Motors Acceptance Corp | Unsecured | 3,227.08 | 2,772.87 |
| 12. | American General Finance | Unsecured | 1,438.36 | 1,235.92 |
| 13. | Resurgent Capital Services | Unsecured | 5,646.87 | 4,852.09 |
| 14. | Capital One | Unsecured | 1,345.68 | 1,156.28 |
| 15. | Resurgent Capital Services | Unsecured | 3,724.61 | 3,200.38 |
| 16. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 17. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 18. | RS Medical | Unsecured | | No Claim Filed |
| 19. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 20. | Eagle Finance Corp | Unsecured | | No Claim Filed |
| 21. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 22. | Dr Thomas J King | Unsecured | | No Claim Filed |
| 23. | Ridge Orthopedic & Rehab | Unsecured | | No Claim Filed |
| | | | $ 112,342.76 | $ 104,726.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hoover, James Frederick | Case Number: 05 B 04112 |
|---|---|---|
| | Hoover, Jeanne Louise | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 2/8/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 364.15 |
| 3% | 113.25 |
| 5.5% | 1,476.29 |
| 5% | 420.37 |
| 4.8% | 787.48 |
| 5.4% | 2,048.02 |
| 6.5% | 260.00 |
| 6.6% | 264.00 |
| | $ 5,733.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

